# United States District Court
## Northern District of Illinois
### Western Division

Robert Martinez, et al.                                **JUDGMENT IN A CIVIL CASE**

v.                                                     Case Number: 02 C 50501

Sundstrand Corporation Retirement
Plan-Aerospace, et al.

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' motion for summary judgment is granted. Defendants' motion to strike is denied. This case is dismissed in its entirety with prejudice.

**FILED**

JUL 27 2006

JUDGE PHILIP G. REINHARD
UNITED STATES DISTRICT COURT

Michael W. Dobbins, Clerk of Court

Date: 7/27/2006

Susan M. Wessman, Deputy Clerk